JACOB BLAUSTEIN et al., as Executors of LOUIS BLAUSTEIN, Deceased, et al., Suing on Behalf of Themselves and All Stockholders of Pan American Petroleum & Transport Company Similarly Situated, Appellants, and FRED C. HAAS et al., Interveners, Plaintiffs, v. PAN AMERICAN PETROLEUM & TRANSPORT COMPANY et al., Defendants, and STANDARD OIL COMPANY (INDIANA) et al., Defendants-Respondents.

Submitted October 2, 1944; decided October 12, 1944.

Motion by appellants for reargument denied, with ten dollars costs and necessary printing disbursements. (See 293 N. Y. 281.)